UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OUTDOOR ONE COMMUNICATIONS, LLC.,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No. 20-10934
　　　　　　　　　　　　　　　　　　Honorable Victoria A. Roberts

CHARTER TOWNSHIP OF CANTON,

    Defendant.
_____/

## **ORDER VACATING ORDER STRIKING OBJECTIONS [ECF No. 28]**

### **I.　　BACKGROUND**

On March 3, 2021 the Court entered an order denying Outdoor One Communications LLC's ("Outdoor One") motion for summary judgment. The Court then notified Outdoor One that it had until March 12, 2021 to object to entry of summary judgment in favor of Defendant and dismissal of its suit in its entirety. Otherwise, the Court would enter judgment in favor of Defendant Charter Township of Canton ("Canton"). *See* Fed. R. Civ. P. 56(f).

On March 11, 2021 Outdoor One filed its objection. [ECF No. 27]. In support, Outdoor One relied only on the "law, facts and reasoning set forth in ECF Nos. 1, 11, 15, 23, including all accompanying exhibits filed in connection therewith, and ECF No. 19, Page ID 604-41." *Id*. The Court

1

struck Outdoor One's Objection because it lacked sufficient specificity to constitute valid notice [ECF No. 28] and entered a judgment in favor of Canton. [ECF No. 29].

Now, Outdoor One asks the Court to vacate its Order Striking Objection [ECF No. 28], thus allowing Outdoor One's objection to remain part of the record. Canton does not object to this request.

## II. CONCLUSION

Pursuant to Fed. R. Civ. P. 60(b)(1), the Court **VACATES** its Order Striking Objection [ECF No. 28] for the limited purpose of allowing the record to reflect Outdoor One's objection; however, the Court reaffirms its findings in its Order Denying Plaintiff's Motion for Summary Judgment [ECF No. 26] and Order entering a Judgment in favor of Defendant. [ECF No. 29].

**IT IS ORDERED**.

S/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: April 29, 2021